IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PURCELL LAMAR BAGLEY,

Petitioner,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D15-4927

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.
_____/

Opinion filed April 4, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Purcell Lamar Bagley, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Holly N. Simcox, Assistant Attorney General,
Tallahassee, for Respondent.

PER CURIAM.

 The petition for writ of certiorari is denied on the merits.

ROBERTS, C.J., SWANSON and KELSEY, JJ., CONCUR.